USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/04/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTOINETTE BURKE,<br><br>                                          Plaintiff,<br><br>              -against-<br><br>CVS ALBANY, LLC,<br><br>                                          Defendant. | **ORDER SCHEDULING TELEPHONIC STATUS CONFERENCE**<br><br>**19-CV-8813 (ALC) (KHP)** |

**KATHARINE H. PARKER, United States Magistrate Judge.**

A telephonic Status Conference in this matter is hereby scheduled for **Wednesday, September 23, 2020 at 12:00 p.m.**  Counsel is directed to call Judge Parker's teleconference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**

Dated: New York, New York
       August 4, 2020

                                SO ORDERED.

                                _____
                                KATHARINE H. PARKER
                                United States Magistrate Judge