USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/26/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTOINETTE BURKE,

                    Plaintiff,

-against-

CVS ALBANY, LLC,

                    Defendant.

**ORDER ADJOURNING STATUS CONFERENCE**

19-CV-8813 (MKV) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

In light of the Stipulation of Dismissal filed on August 25, 2020 (doc. no 24) the Status Conference currently scheduled for **September 23, 2020** is hereby adjourned *sine die*.

    **SO ORDERED**

Dated: New York, New York
        August 26, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge